1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2

3    EUMI L. CHOI (WVBN 0722)
     Chief, Criminal Division
4
     MARK L. KROTOSKI (CSBN 138549)
     Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      Facsmile:   (408) 535-5066

8    Attorneys for Plaintiff

9

                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12
                                            *E-FILED - 3/16/06*
13

     UNITED STATES OF AMERICA,        )    No. CR 06-00054-RMW
14                                     )
            Plaintiff,                 )
15                                     )    STIPULATION REGARDING
        v.                             )    EXCLUDABLE TIME AND
16                                     )    ORDER
     DAVID SILOAC,                     )
17      a/k/a discovery, a/k/a intangible,  )
        a/k/a 189420, a/k/a bling, a/k/a sidar,  )
18                                     )
            Defendant.                 )
19   _____ )

20
        It is hereby stipulated and agreed between defendant David Siloac, and his counsel James
21
     McNair Thompson Attorney for Defendant Siloac and the United States as follows:
22
        This matter was set for a status conference on March 13, 2006 at 9:00 a.m.  In this copyright
23
     infringement case, the defense needs more time to prepare, review discovery previously
24
     provided, including a substantial amount of digital evidence, and research legal and sentencing
25
     issues.  The parties have been discussing plea and sentencing issues.  The defendant was only
26
     recently arraigned on this case on February 22, 2006.  It is reasonable for the defense to have
27
     additional time to review the discovery, which includes some digital evidence.
28

     STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
     CR 06-00054-RMW

1    The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

2    March 13, 2006, until April 3, 2006, because the parties believe that the ends of justice served by

3    the granting of such a continuance outweigh the best interests of the public and the defendant in a

4    speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial

5    and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further

6    stipulate that time may be excluded for reasonable time for defense

7    preparation, since the failure to exclude time would deny counsel for the defendant reasonable

8    time necessary for effective preparation, taking into account the exercise of due diligence,

9    pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

10       So stipulated.

11   Dated: March 8, 2006                          KEVIN V. RYAN
                                                    United States Attorney
12
                                                        /S/
13                                                  _____
                                                    MARK L. KROTOSKI
14                                                  Assistant United States Attorney

15       So stipulated.

16   Dated: March 8, 2006
                                                        /S/
17                                                  _____
                                                    JAMES McNAIR THOMPSON
18                                                  Attorney for Defendant Siloac

19

20

21

22

23

24

25

26

27

28

1

# ORDER

2      Based upon the foregoing Stipulation and good cause appearing therefor,

3      **IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m.

4   for defendant Siloac shall be continued to April 3, 2006 at 9:00 a.m.

5      **IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 3, 2006

6   shall be excluded from the computation period within which the trial must commence, for the

7   reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

8   including that time is needed for effective defense preparation..  The Court finds that the ends of

9   justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

10   3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

11   effective preparation taking into account the exercise of due diligence).

12   DATED: March 16, 2006

13                                                          /s/ Ronald M. Whyte

14                                                     RONALD M. WHYTE
                                                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28